## Fourth Department, March, 1937.
### (March 10, 1937.)

The People of the State of New York, Respondent, v. William E. Ruth, Appellant, and Fred F. Dye Fireproof Warehouse, Incorporated, Defendant. — Appeal dismissed upon the ground that the order is not appealable. (See Code Crim. Proc. § 517; *People* v. *Dziegiel*, 233 App. Div. 794, and cases therein cited.) All concur. (The order denies motion of appellant to vacate a search warrant and to release gambling apparatus seized thereunder.) Present — Sears, P. J., Edgcomb, Crosby, Lewis and Cunningham, JJ.

In the Matter of the Application of Andrew J. Smith, Respondent, for a Mandamus Order against Henry C. Stephan, as Mayor, and Others, as Trustees of the Village of Lancaster, Appellants.— On reargument order of peremptory mandamus affirmed, with costs. Memorandum: We find section 23 of the Civil Service Law (as amd. by Laws of 1934, chap. 366) applicable to this proceeding. All concur. (The order directs reinstatement of petitioner as police officer.) Present — Sears, P. J., Edgcomb, Thompson, Lewis and Cunningham, JJ. [See 248 App. Div. 666; 249 id. 796.]

Daniel E. Knowlton, Appellant, v. Howard S. Gerken, Respondent.— Judgment affirmed, with costs. All concur, except Sears, P. J., and Edgcomb, J., who dissent and vote for reversal on the facts and for granting a new trial on the ground that improper conduct on the part of the presentation of the defense prejudiced the rights of the plaintiff. (The resettled judgment is for defendant in an action upon a promissory note.) Present — Sears, P. J., Edgcomb, Thompson, Crosby and Lewis, JJ.

In the Matter of the Application of Louis H. Neubeck, Respondent, for a Mandamus Order against Franklin E. Bard and Others, as and Constituting the Erie County Park Commission, and John W. Cheetham, Appellants.— Order affirmed, with costs. All concur. (The mandamus order directs petitioner's appointment as superintendent of Ellicott Creek Park, it being claimed that petitioner was entitled to preference as a disabled veteran of the World war.) Present — Sears, P. J., Edgcomb, Thompson, Lewis and Cunningham, JJ. [See *post*, p. 833.]

The People of the State of New York ex rel. Niagara Falls United Office Building, Incorporated, Respondent, v. John Palumbo and Others, Constituting the Board of Equalization and Review to Hear and Determine Complaints in Relation to the Assessment Roll of the City of Niagara Falls, New York, Appellants.— Judgment and order affirmed, with costs. All concur. (The order confirms the report of a referee reducing an assessment on real property.) Present — Sears, P. J., Edgcomb, Crosby, Lewis and Cunningham, JJ.

Maria Rizzo, Respondent, v. Benjamin E. Tilton, as Trustee of the New York State Railways, Appellant.— Judgment and order affirmed, with costs. All concur. (The judgment awards plaintiff damages for personal injuries in an automobile negligence action. The order denies motion for a new trial on the minutes.) Present — Sears, P. J., Edgcomb, Crosby, Lewis and Cunningham, JJ.

Vincent Rizzo, Respondent, v. Benjamin E. Tilton, as Trustee of the New York State Railways, Appellant.— Same decision and like cause of action as in companion case last above. Present — Sears, P. J., Edgcomb, Crosby, Lewis and Cunningham, JJ.